JOHN PICKERING-GEORGE, Also Known as JOHN ROBERT DALEY, Appellant, v MATHEW M. WAMBUA et al., Respondents.

Submitted May 11, 2015; decided June 30, 2015

Motion for reargument denied [*see* 25 NY3d 963 (2015)].

YOSIF TSIMBLER, Appellant, v MILLIE R. FELL, M.D., et al., Respondents, et al., Defendant.

YOSIF TSIMBLER, Appellant, v MILLIE R. FELL, M.D., et al., Respondents, et al., Defendant.

Submitted May 11, 2015; decided June 30, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the Supreme Court order denying renewal, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of the Claim of KURT J. WALLENHORST, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted May 4, 2015; decided June 30, 2015

In the Matter of the Claim of DANIEL YOUNGMAN, Respondent. RB HUMPHREYS INC., Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted May 11, 2015; decided June 30, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.